In the Matter of the Application of HENRY D. MERCHANT, Appellant, for a Peremptory Writ of Mandamus against WILLIAM F. SCHNEIDER, as Clerk of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LILLIAN RAFTIS, an Infant, by WILLIAM RAFTIS, Her Guardian ad Litem, Respondent, v. FRED FRY (or FREY), Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

WILLIAM ROSENBLATT, Appellant, v. W. R. GRACE & Co., and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the proper remedy for the relief desired would be by motion for a bill of particulars. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JAY G. WILBRAHAM, Respondent, v. JENNY STAFFORD MURPHEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JENNY STAFFORD MURPHEY, Appellant, v. ALVIN M. CRAIG, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

FRED A. GORDON, on Behalf of Himself and of All Other Stockholders, etc., Respondent, v. MOJAVE TUNGSTEN COMPANY and Others, Impleaded with JACOB J. BENEDICT and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

THE GUENTHER PUBLISHING COMPANY, Respondent, v. THE RIDGWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — C'arke, P. J., Dowling, Page, Merrell and Philbin, JJ.

IVAN FRANK and Another, Copartners, etc., under the Firm Name and Style of MANHATTAN WASH SUIT COMPANY, Respondents, v. MATHEW N. RYAN, Doing Business under the Name and Style of WILLIAM H. BROWN, SON & COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

PERKINS-GOODWIN COMPANY, Respondent, v. P. H. KEAHON, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. EDWARD SYLVEN, Respondent, v. GUST. PERS. WERN, as President and Treasurer, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.